**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN BELL, Individually and on behalf**
**of all others similarly situated**                                                **PLAINTIFF**

**v.**                                        **Case No. 4:21-cv-00456-KGB**

**AMAZON LOGISTICS, INC.,** *et al.*                                      **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is defendant Amazon Logistics, Inc.'s ("Amazon") motion for admission *pro hac vice* and request for waiver of local counsel requirement (Dkt. No. 9). Brian A. Wadsworth, a member in good standing of the bar of the United States District Court for the Eastern District of Arkansas, moves for admission *pro hac vice* of Kevin M. Young a practicing attorney at the firm of Seyfarth Shaw LLP, who is a member in good standing of the bars of the States of Georgia and Florida (*Id.*, ¶¶ 1-2). The Court grants the motion to admit Mr. Young *pro hac vice* pursuant to Local Rule 83.5(d) and waives the local counsel requirement. Mr. Young shall appear as counsel of record for Amazon.

Also before the Court is plaintiff Justin Bell and defendants Amazon and Haskins Prime Logistics, LLC's joint motion to stay pending arbitration (Dkt. No. 11). The parties state that they "agree this matter should be moved into arbitration and the case should be stayed pending resolution of the claims in arbitration." (*Id.*, ¶ 2). For good cause shown, the Court grants the motion (*Id.*). The Court compels the arbitration of this matter based on the parties' agreement and stays the case pending the outcome of the arbitration proceeding. Within 21 days from receipt of the arbitration award or other resolution of this matter, the parties shall file with this Court a written status report.

So ordered this the 28th day of February, 2022.

Kristine G. Baker
United States District Judge