IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **JUSTIN BELL, individually and on behalf of all others similarly situated** | | **PLAINTIFF** |
| V. | CASE NO. 4:21-CV-456 | |
| **AMAZON LOGISTICS, INC. AND HASKINS PRIME LOGISTICS, LLC** | | **DEFENDANTS** |

### Joint Stipulation of Dismissal

COME NOW Plaintiff Justin Bell, individually and on behalf of all others similarly situated, by and through his attorney Chris Burks of WH Law, PLLC, Defendant Amazon Logistics, Inc., by and through its attorneys Kyle A. Petersen, Brian A. Wadsworth, and Kevin M. Young of Seyfarth Shaw LLP, and Haskins Prime Logistics, LLC, by and through its attorney, Wendy V. Miller of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and for their Joint Stipulation of Dismissal, state as follows:

1. Plaintiff brought this action against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

2. After arms-length negotiations in which Plaintiff and Defendants were both represented by experienced counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable, and adequate compromise of a bona fide dispute.

3. Therefore, Plaintiff and Defendants hereby stipulate to the dismissal of Plaintiff's claims against Defendants with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party agrees to bear his or its own costs, including attorneys' fees associated with this

litigation to the extent not otherwise provided for in the settlement agreement between the parties.

4. Numerous Arkansas district courts permit dismissals pursuant to F.R.C.P. 41(a)(1)(A)(ii) where certain criteria is met. *See Schneider v. Habitat for Humanity Int'l, Inc.*, No. 5:14-cv-5230-TLB, 2015 U.S. Dist. LEXIS 14679, at *7 (W.D. Ark. Feb. 5, 2015) (Brooks, J.); *see also Willer v. Ark. Cty. Cty.-Op*, No. 4:17-cv-408-BSM, 2018 U.S. Dist. LEXIS 193793, at *1–2 (E.D. Ark. Nov. 14, 2018) (Miller, J.) (dismissing case without reasonableness review because three factors from *Schneider* were met); *Adams v. Centerfold Entm't Club, Inc.*, No. 6:17-cv-6047-SOH, 2018 U.S. Dist. LEXIS 187750, at *2–3 (W.D. Ark. Nov. 2, 2018) (Hickey, J.) (same); *Perez v. Garcia*, No. 4:16-cv-81-KGB, 2016 U.S. Dist. LEXIS 165788, at *2 (E.D. Ark. Dec. 1, 2016) (Baker, J.) (same) (citing *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012)).

5. Plaintiff and Defendants desire to keep their settlement agreement confidential. If the Court desires to review the terms of the settlement agreement, Plaintiff and Defendants ask for leave to submit the agreement to the Court for review *in camera*.

          Respectfully submitted,

By:   Chris Burks (ABN: 2010207)
       wh Law | We Help
       1 Riverfront Pl. – Suite 745
       North Little Rock, AR 72114
       (501) 891-6000
       chris@wh.law
       Attorney for Plaintiff

AND

By: Wendy V. Miller, TN 023500
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
615-254-1900
615-254-1908 *(facsimile)*
wendy.miller@ogletree.com
Attorneys for Defendant Haskins Prime Logistics, LLC

AND

By: Brian A. Wadsworth
Texas Bar No. 24075231
Federal Bar No. 2311180
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, TX 77002-2797
E-mail: bawadsworth@seyfarth.com
Telephone: (713) 225-2300

Kyle A. Petersen
(admitted pro hac vice)
Illinois Bar No. 6275689
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Email: kpetersen@seyfarth.com
Telephone: (312) 460-5200

Kevin M. Young
*to be admitted pro hac vice
Georgia Bar No. 549671
SEYFARTH SHAW LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, Georgia 30309-3958
Email: kyoung@seyfarth.com
Telephone: (404) 885-1500
Attorneys for Defendant Amazon Logistics, Inc.