## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JUSTIN BELL, Individually and on behalf**
**of all others similarly situated**                                                                    **PLAINTIFF**

v.                                   **Case No. 4:21-cv-00456-KGB**

**AMAZON LOGISTICS, INC.,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 14). Plantiff Justin Bell brought this case individually and on behalf of all others similarly situated raising claims under the Fair Labor Standards Act ("FLSA"). Before defendants answered or otherwise responded to Mr. Bell's complaint and before the Court conditionally certified a class, the parties notified the Court that there was an enforceable arbitration agreement and asked the Court to stay the lawsuit pending arbitration (Dkt. No. 11). The Court granted the motion (Dkt. No. 13).

In the joint stipulation of dismissal, the parties represent that they reached a settlement agreement and desire to keep their settlement agreement confidential (Dkt. No. 14, ¶ 5). The parties assert that under these circumstances it is unnecessary for the Court to conduct a reasonableness review of the settlement agreement (*Id.*, ¶ 4 (citing *Schneider v. Habitat for Humanity International, Inc.*, No. 5:14-cv-5230, slip. op. at 5 (W.D. Ark. Feb. 5, 2015); *see also Willer v. Ark. City. Cty.-Op*, Case No. 4:17-cv-408-BSM, 2018 WL 5993586 ( E.D. Ark. 2018); *Perez v. Garcia*, Case No. 4:16-cv-81-KGB (E.D. Ark. Dec. 1, 2016) (citing *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012) (finding that a reasonableness review or public filing of an FLSA settlement is not necessary in all cases))). The Court agrees because, while this action was filed as a proposed FLSA collective action, the Court never conditionally

approved a class, and the parties do not represent that their settlement agreement resolves any claims on behalf of any class.

The parties' joint motion for voluntary dismissal is granted (Dkt. No. 14). Mr. Bell's claims are dismissed with prejudice, and each party agrees to bear his or its own costs, including attorneys' fees associated with this litigation to the extent not otherwise provided for in the settlement agreement between the parties.

So ordered this the 21st day of December, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge